

APR 16 2026 AM10:01
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SEALED**

UNITED STATES OF AMERICA

v.

CASE NO. 8:26-CR-129-CEH-TGW

18 U.S.C. § 875(c)

ALEXANDER JUSTIN MCAFEE

(Interstate Communication of a
Threat to Injure)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Interstate Communication of a Threat to Injure)

On or about April 8, 2026, in the Middle District of Florida and elsewhere, the

defendant,

**SEALED**

ALEXANDER JUSTIN MCAFEE,

did knowingly transmit in interstate commerce a communication containing a true

threat to injure the person of another, with the intent to communicate a true threat

and with recklessness as to whether the communication would be viewed as a true

threat.

In violation of 18 U.S.C. § 875(c).

### COUNT TWO
### (Interstate Communication of a Threat to Injure)

On or about April 9, 2026, in the Middle District of Florida and elsewhere, the

defendant,

ALEXANDER JUSTIN MCAFEE,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1.     The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 875(c) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 875(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 875(c) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.     If any of the property described above, as a result of any act or omission of the defendant:

  a.     cannot be located upon the exercise of due diligence;

  b.     has been transferred or sold to, or deposited with, a third party;

  c.     has been placed beyond the jurisdiction of the Court;

  d.     has been substantially diminished in value; or

  e.     has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

███████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _Muriel Moore_____
Muriel R. Moore
Assistant United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions

FORM OBD-34

April 26

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

ALEXANDER JUSTIN MCAFEE

INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill,

_____
Foreperson

Filed in open court this 15th day

of April, 2026.

_____
JEREMIAH SMITH Clerk

Bail $_____

GPO 863 525