UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:26-cr-129-KKM-TGW

ALEXANDER JUSTIN MCAFEE
____________________________________/

**ORDER OF DETENTION**

This cause is before the Court on the question of the Defendant's release or detention pending trial. The Defendant stands indicted on criminal charges (Doc. 1). The government seeks to detain the Defendant, and the Defendant has deferred on the matter, electing to reserve the right to address the issue of his release at a later date.

Accordingly, the Defendant is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED in Tampa, Florida, this 22nd day of April 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge

Copies to:
Counsel of record