UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

UNITED STATES OF AMERICA

v

                                                      Case No: 8:26-cr-129-KKM-T_W

ALEXANDER JUSTIN MCAFEE

_____/

## ORDER

Having reviewed the evaluation report submitted by Dr. Debra A. Goldsmith (Sealed Doc. 50), and upon consideration of the statements made by counsel and Mr. McAfee, at the hearing held on July 6, 2026, and pursuant to the parties' stipulation that Mr. McAfee is competent to proceed, the Court hereby ORDERS as follows:

1. The Court accepts and adopts the findings by Dr. Goldsmith regarding the competency of the defendant, Mr. McAfee.

2. The Court finds by the preponderance of the evidence that Mr. McAfee is competent to proceed with the legal proceedings in this case.

3. All subsequent proceedings shall continue as scheduled, and no further competency hearings shall be required unless new evidence or

circumstances arise that would necessitate a review of Mr. McAfee's competency.

ORDERED at Tampa, Florida, July 6, 2026

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge